**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-23724-KMM

FRITZ YATES DUQUE,

    Plaintiff,

v.

KILOLO KIJAKAZI.,
Acting Commissioner of Social Security
Administration,[1]

    Defendant.
_____/

**ORDER ON REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court upon Plaintiff Fritz Yates Duque's ("Plaintiff") Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act ("EAJA"). ("Mot.") (ECF No. 28). The Court referred the matter to the Honorable Lauren F. Louis, United States Magistrate Judge, to issue a report and recommendation. (ECF No. 29). Magistrate Judge Louis issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion be GRANTED. (ECF No. 30). No objections were filed and the time to do so has passed. The matter is now ripe for review.

The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

---

[1] Although Andrew Saul, Commissioner of the Social Security Administration, is named as Defendant, Kilolo Kijakazi is now the Acting Commissioner of the Social Security Administration and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d). Fed. R. Civ. P. 25(d).

Plaintiff seeks to recover $5,764.49 in attorney's fees pursuant to the EAJA. Mot. at 1. As set forth in the R&R, Magistrate Judge Louis determined that Plaintiff is entitled to recover reasonable attorney's fees and costs under the EAJA because Plaintiff is the prevailing party, Defendant's position was not substantially justified, and Plaintiff's net worth was less than two million dollars at the time the proceeding was filed. R&R at 2. Magistrate Judge Louis also determined that the fees requested are reasonable. *Id.* at 2–3. Finally, Magistrate Judge Louis determined that the attorneys' fees should be payable to Plaintiff's counsel "once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States." *Id.* at 3. This Court agrees.

Accordingly, UPON CONSIDERATION of the Motion, the R&R, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that Magistrate Judge Louis's R&R (ECF No. 30) is ADOPTED. Consistent with Magistrate Judge Louis's R&R, Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (ECF No. 28) is GRANTED. Plaintiff is awarded $5,764.49 in attorney's fees, which should be sent to Plaintiff's counsel after the Government determines whether Plaintiff owes a federal debt.

DONE AND ORDERED in Chambers, at Miami, Florida this _1st_ day of November, 2021.

K. MICHAEL MOORE  
UNITED STATES DISTRICT JUDGE

c: All counsel of record